S. LANE TUCKER
United States Attorney

KAYLA DOYLE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kayla.doyle@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>PETER IGWACHO,<br><br>      Defendant. | No. 3:22-mj-00381-MMS |

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that Special Assistant U.S. Attorney Kayla Doyle now appears as counsel for the United States of America in the above-entitled action.

//

//

All future correspondence in this matter should be sent to:

> KAYLA DOYLE
> Special Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, #9, Room 253
> Anchorage, Alaska 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> Email: kayla.doyle@usdoj.gov

RESPECTFULLY SUBMITTED September 14, 2022, at Anchorage, Alaska.

> S. LANE TUCKER
> United States Attorney
>
> s/Kayla Doyle
> KAYLA DOYLE
> Special Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2022,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ Kayla Doyle
Office of the U.S. Attorney